■ Joan B. Mokdessi, Appellant, v Warsaw Medical Group, P. C., et al., Respondents.—Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly granted defendants' motion to dismiss plaintiff's complaint. We do not agree, however, with the court's finding that the agreement between the parties is void because of a mutual mistake of fact. (Appeal from judgment of Supreme Court, Wyoming County, Purple, J.—recover life insurance proceeds.) Present—Callahan, J. P., Doerr, Denman, Lawton and Davis, JJ.

■ The People of the State of New York, Respondent, v Anthony Allen, Appellant.—Judgment unanimously affirmed. Memorandum: The evidence, when viewed in the light most favorable to the People *(see, People v Ford,* 66 NY2d 428, 437), established defendant's guilt of third degree burglary and petit larceny *(see, People v Magsamen,* 128 AD2d 646, 647, *lv denied* 70 NY2d 650; *People v Anderson,* 103 AD2d 1011, 1012). On this record we also conclude that the verdict was not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495; *People v Pacheco,* 135 AD2d 744, *lv denied* 71 NY2d 900). The trial court properly denied defendant's motion for a mistrial. The witness's identification of defendant was inadvertent *(see, People v Hooker,* 114 AD2d 514, *lv denied* 67 NY2d 885) and, in any event, no *Wade* hearing was required because the witness was acquainted with the defendant *(see, People v Gissendanner,* 48 NY2d 543, 552). (Appeal from judgment of Monroe County Court, Barr, J.—burglary, third degree.) Present—Dillon, P. J., Boomer, Green, Balio and Davis, JJ.